# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DINO GEORGE, <br><br> Defendant. | NO. CR 11-208 RAJ <br><br> DETENTION ORDER |

<u>Offenses charged</u>:

| | |
|---|---|
| Count 1 & 4: | Unlawful Production of an Identification Document in violation of 18 U.S.C. §§ 1028(a)(1), 1028(b)(1)(A(ii)) and 2. |
| Counts 2, 5, & 9: | Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2. |
| Count 3: | Attempted Unlawful Production of an Identification Document, in violation of 18 U.S.C.§§ 1028(a)(1), 1028(b)(1)(A) and 2. |
| Count 6: | Social Security Fraud, in violation of 42 U.S.C.§§408(a)(7)(B) and 18 U.S.C. § 2. |
| Counts 7 & 8: | Bank Fraud, in violation of 18 U.S.C. §§1344 and 2. |

<u>Date of Detention Hearing</u>: October 11, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extensive history of failures to appear.

2. Defendant has no stable residence in the community.

3. Defendant is associated with 10 aliases and 2 dates of birth.

4. Defendant continues to commit similar crimes while on release, reflecting an unwillingness or inability to comply with supervision.

5. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge